UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH D. DUNN
CATHY GRIFFIN

CIVIL ACTION

VERSUS

NUMBER 11-745-BAJ-DLD

TOM'S CHIPS,
SNYDERS-LANCE, INC.,
AND TFI ENTERPRISES, INC.

**RULING AND
ORDER OF DISMISSAL**

     The Court, having carefully considered the motion, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 7, 2011 (doc. 4), and plaintiff's objection thereto, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

     Accordingly, plaintiffs' application to proceed *in forma pauperis* is **DENIED** (rec. docs. 2 & 3).  This action is dismissed for failure of plaintiffs to pay the $350.00 filing fee within twenty-one (21) days of the date of the filing of the recommendation.

     Baton Rouge, Louisiana, December 23, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA